WAWD (Rev. 4/2024) IFP and Written Consent

# UNITED STATES DISTRICT COURT
## Western District of Washington

| Angela M. Moore |
|---|

Plaintiff

vs.

| Tacoma-Pierce County Health Department American Federation of State, County, and Municipal Employees (AFSCME) |
|---|

Defendant(s)

Case Number: **25 CV-5921-BHS**

**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS**

LODGED RECEIVED

OCT 14 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) Angela mMoore declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows:

Employment discrimination, retaliation, PFMLA interference, ADA violations, and union failure to represent.
EEOC Right-to-Sue letters were issued on August 6, 2025, and I am filing within the 90-day deadline to preserve my claims.

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

☐ Yes   Total amount of net monthly salary (take home pay) $ 0

Name and address of employer Tacoma-Pierce County Health Department, 3629 S. D Street, Tacoma, WA

☑ No   Date of last employment April 2025 Total amount of last net monthly salary $ $2,400

2. If married, is your spouse presently employed?   ☑ Not married

☐ Yes   Total amount of spouse's net monthly salary (take home pay) $ 0

Name and address of employer N/A

☐ No   Date of spouse's last employment N/A Total amount of last net monthly salary $ 0

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

a. Business, profession or other self-employment                              $ 0

b. Income from rent, interest or dividends                                     $ 0

c. Pensions, annuities or life insurance payments                             $ 0

d. Disability, unemployment, workers compensation or public assistance        $ Washington PFMLA b(

e. Gifts or inheritances                                                      $ 0

f. Money received from child support or alimony                               $ Court-ordered child support $(

g. Describe any other source of income  None                                  $ 0

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ 0.00          Checking Account $ 38.00          Savings Account $ 0.00

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☑ Yes

☐ No

| 2010 Ford Explorer, fully paid off, estimated value $3,000 | $ 2,000.00 |

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children.)

☑ Yes

☐ No

| Yes – Two minor children (daughters). 100% supported by me. Approx. $1,200+/mo in housing, food, and utilities. | $ $1,200 |

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

| Rent: $2,000.00<br>Utilities: $240.00<br>Food: $200.00<br>Transportation: $120.00<br>Children/medical/insurance: $165.00 | $ 2,725.00 |

8. Provide any other information that will help explain why you cannot pay court fees and costs.

I am a single mother of two minor children. My PFMLA benefits ended July 19, 2025, and I currently have no income. Although my child support order is $890/month, payments are inconsistent, and arrears currently total approximately $1,789. I rely on partial child support (~$200/month), which does not cover basic expenses. My monthly costs for rent, utilities, food, and transportation exceed $2,700. I cannot pay court fees without sacrificing essential needs for myself and my children.

I declare under penalty of perjury that the foregoing is true and correct.

| 8/26/2025 | /s/ Angela M. Moore |
| **Executed on: (Date)** | **Signature of Plaintiff (Required)** |

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)

I, (print your name) Angela M. Moore

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

| 8/26/2025 | Angela M. Moore |
| **Executed on: (Date)** | **Signature of Plaintiff (Required)** |